UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:20-cv-01919-JAK (MAA)** | Date:  **September 28, 2020** |
| Title  **Christopher White v. Los Angeles County Board of Supervisors et al.** | |

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On April 6, 2020, the Court issued a Memorandum Decision and Order Dismissing Complaint with Leave to Amend ("Order"). (ECF No. 11.) The Court ordered Plaintiff Christopher White ("Plaintiff"), no later than sixty days from the date of the Order—that is, **June 5, 2020**—to either file a First Amended Complaint ("FAC") or advise the Court that Plaintiff does not intend to pursue this lawsuit further and will not file a FAC. (*Id*., at 15–16.) The Court explicitly cautioned Plaintiff that "**failure to timely file a FAC, or timely advise the Court that Plaintiff does not intend to file a FAC, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**." (*Id*., at 16.)

On June 15, 2020, in the absence of a FAC, the Court ordered Plaintiff to show cause by July 15, 2020 why the Court should not recommend that the case by dismissed for want of prosecution ("OSC"). (OSC, ECF No. 12.) The OSC stated that if Plaintiff filed a FAC or a Notice of Dismissal on or before **July 15, 2020**, the OSC would be discharged, and no additional action need be taken. (*Id*.)

On June 22, 2020, Plaintiff filed a Motion for Extension of Time ("Motion"), requesting a ninety-day extension of of time to file a FAC—from July 6, 2020 to October 6, 2020. (ECF No. 13.) The Court granted Plaintiff's Motion in part, and extended Plaintiff's deadline to file a FAC to **September 13, 2020**. (ECF No. 14.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:20-cv-01919-JAK (MAA)**                                      Date:  **September 28, 2020**

Title      **Christopher White v. Los Angeles County Board of Supervisors et al.**

To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **October 28, 2020** why the Court should not recommend that the case be dismissed for want of prosecution and/or failure to comply with Court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal

Time in Court:   0:00
Initials of Preparer:   JM