JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER WHITE,

               Plaintiff,

     v.

LOS ANGELES COUNTY BOARD
OF SUPERVISORS et al.,

            Defendants.

Case No. 2:20-cv-01919-JAK (MAA)

**JUDGMENT**

     Pursuant to the Order of Dismissal filed herewith,

     IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 16, 2020

                         JOHN A. KRONSTADT
                UNITED STATES DISTRICT JUDGE